**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

OMAR AHMED ALIYHRY and
O GROCERY INC.,

                                        Plaintiffs,

                    -against-

UNITED STATES OF AMERICA,
UNITED STATES DEPARTMENT OF AGRICULTURE,
FOOD AND NUTRITION SERVICE

                                        Defendants.
------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/5/2022
```

22-CV-7467 (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

     In light of the parties' representation that they have settled this matter, the initial Case

Management Conference scheduled for **Monday, December 05, 2022 at 10:15 a.m.** is

adjourned sine die.

                              **SO ORDERED.**

DATED:      New York, New York
            December 5, 2022

                                        _____
                                        KATHARINE H. PARKER
                                        United States Magistrate Judge