**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

OMAR AHMED ALIYHRY and
O GROCERY INC.,

                                    Plaintiffs,

                    -against-

UNITED STATES OF AMERICA,
UNITED STATES DEPARTMENT OF AGRICULTURE,
FOOD AND NUTRITION SERVICE

                                    Defendants.
------------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED:___12/5/2022___

**22-CV-7467 (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

        In light of the parties' representation that they have settled this matter, the Initial

Conference previously scheduled for **December 5, 2022** was adjourned.  It is further ordered

that this action will be dismissed without costs (including attorneys' fees) to either party on

**January 4, 2023,** unless before that date one or more of the parties files a letter with the Court

requesting that the action not be dismissed and stating the reasons why the Court should retain

jurisdiction over this action in light of the parties' settlement. **To be clear, any request that the**

**action not be dismissed must be filed on or before January 4, 2023; any request filed**

**thereafter may be denied solely on that basis.**


**SO ORDERED.**

Dated: New York, New York
        December 5, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge